Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Attorneys for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>The Brita Products Company<br><br>Defendant | Case No. 5:09-cv-01648-RS<br><br>**Notice of Federal Circuit Decision in Stauffer v. Brooks Brothers** |

On April 13, 2010, this court imposed a stay in this case to allow time for the Federal Circuit to decide resolve the appeal in *Stauffer v. Brooks Brothers*, Case No. 2009-1428. *See* Order Re Pending Motions, dated April 13, 2010.  On August 31, 2010, the Federal Circuit issued a decision in *Stauffer*.  A copy of that decision is attached hereto as Exhibit 1.

Accordingly, the stay in this case should be lifted.  Plaintiff SF Tech requests that a Case Management Conference be scheduled at the court's earliest convenience.

Date: September 1, 2010                    Mount & Stoelker, P.C.,

                                                              /s/ Dan Fingerman
                                        Attorneys for San Francisco Technology Inc.

**Certificate of Service**

The undersigned certifies that on September 1, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: September 1, 2010                    Mount & Stoelker, P.C.,

                                            /s/ Dan Fingerman
                                    Attorneys for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\FALSE001\Attorney_Notes\Drafts\Brita\Notice of Federal Circuit Decision in Stauffer.doc

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000